NOTE: CHANGES MADE BY COURT

# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>THE MORTGAGE LINK, INC.,<br><br>Defendant. | Case No. 8:23-cv-01500-FWS-JDE<br><br>**ORDER RE AMENDED STIPULATION AND JOINT MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41 WITH RETAINED JURISDICTION [41]** |

Having reviewed and considered the Amended Stipulation and Joint Motion to Dismiss without Prejudice pursuant to Fed.R.Civ.P. 41 with Retained Jurisdiction [41] ("Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1) in accordance with Stipulation; and

2. The court **RETAINS** jurisdiction over this case for the purpose of enforcing the terms of the Settlement Agreement. Each party shall bear its/their own costs and attorneys' fees. If reopening of the action to enforce Settlement Agreement becomes necessary, it shall be reopened as though it had never been closed.

**IT IS SO ORDERED.**

Dated: May 9, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE